**98**

**Francis J. CUNAT, Petitioner,**

v.

**BOONE COUNTY CIRCUIT COURT,
Respondent.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Francis J. Cunat, pro se.

Memorandum Opinion of the Court by Commissioner CATINNA, Denying Writ of Prohibition.*

**Norris JOHNSON, Appellant,**

v.

**ALLRIGHT LOUISVILLE COMPANY,
INC., Appellee.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

C. Alex Rose, Curtis & Rose, Louisville, for appellant.

Robert G. Breetz, Stites, McElwain & Fowler, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**James R. YOCOM et al., Appellants,**

v.

**Rebel CONLEY and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

William F. Gadd, Department of Labor, Frankfort, Fred G. Francis, Prestonsburg, for appellants.

Cordell H. Martin, Hindman, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

**David Russell KELLY, Petitioner,**

v.

**Armand ANGELUCCI, Judge, Fayette Circuit Court, etc., Respondent.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

David Russell Kelly, pro se.

Armand Angelucci, pro se, Circuit Judge.

Memorandum Opinion and Order of the Court by Justice STEPHENSON, Denying Mandamus.*

* Opinion ordered not to be published.